IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
    Plaintiff,

vs.                                                                              3:07cr106/LAC

ANNA SHAULOVA CZERWIEN,
 a/k/a Anna Czerwein,
 a/k/a Anna Czerwin,
 a/k/a Anna Shaulova,
 a/k/a Aykhali Shaulova
    Defendant.
_____

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(e)(2), the plea of guilty of the defendant, ANNA SHAULOVA CZERWIEN, to the information against her is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this 17th day of September, 2007.

                                              *s/L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**