### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**UNITED STATES OF AMERICA**
    **Plaintiff,**

**vs.**
                                **Case No. 3:07cr106/LAC**

**ANNA SHAULOVA CZERWIEN,**
 **a/k/a Anna Czerwein,**
 **a/k/a Anna Czerwin,**
 **a/k/a Anna Shaulova,**
 **a/k/a Aykhali Shaulova,**
                **Defendant.**

---

### SECOND PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Information in the above-entitled action, the United States sought forfeiture from the defendant, **ANNA SHAULOVA CZERWIEN,** pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), the defendant's interests in any property, real or personal, involved in the violations set forth in Count's One through Twelve of said Information and/or any property traceable to such property;

AND WHEREAS, on or about September 13, 2007, the defendant, **ANNA SHAULOVA CZERWIEN,** pled guilty to Counts One through Twelve of the Information pursuant to a plea and cooperation agreement outlining such forfeiture;

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of a Preliminary Order of Forfeiture against all of defendant's interest in

FILED IN OPEN COURT THIS

12 19 07

CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

said property, pursuant to Title 8, United States Code, Section 1324(b), and Title 18,

United States Code, Section 982(a)(6), and Rule 32(d)(2) and 32.2(b) of the Federal

Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1.      That all of defendant's rights and interest in the property described

below is hereby forfeited to and vested in the United States of America.

2.      That property which is subject to forfeiture in this Order is as follows:

A.      **2001 BMW 325CI, bearing Vehicle Identification Number WBABN334X1JW57259, registered to Anna Czerwien;**

B.      **1999 Ford Econoline E250, bearing Vehicle Identification Number 1FTNS24L4XC09169, registered to Eurohouse Holding, Inc., 65 Paginet Way, Destin, Florida 32550; and**

C.      **1998 Ford Winstar Wagon, bearing Vehicle Identification Number 2FMZA5144WBC49195, registered to Eurohouse Holding, Inc., 65 Paginet Way, Destin, Florida 32550**

D.      **Wachovia Securities IRA Account # 21450-0529, in the name of Anna Czerwein with a current amount of $1,586.29**

E.      **Wachovia Account # 10002236516655, in the name of Anna Czerwein, with a current amount of $1,622.27**

F.      **Wachovia Securities IRA Account # 2145-0539, in the name of Jozef Czerwein, with a current amount of $1,644.37**

2

3.      That a Preliminary Order of Forfeiture is hereby entered in favor of the

United States against defendant, **ANNA SHAULOVA CZERWIEN,** pursuant to Rule

32.2(b)(1) of the Federal Rules of Criminal Procedure.

 IT IS SO ORDERED this _____ day of _____ **Dec** _____, 2007

LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

3