IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
 Plaintiff,

vs.                                                      Case No. 3:07cr106/LAC

ANNA SHAULOVA CZERWIEN,
 a/k/a Anna Czerwein,
 a/k/a Anna Czerwin,
 a/k/a Anna Shaulova,
 a/k/a Aykhali Shaulova,
        Defendant.

## CONSENT ORDER AND JUDGMENT OF FORFEITURE

WHEREAS, in the Information in the above-entitled action, the United States sought forfeiture from the defendant, **ANNA SHAULOVA CZERWIEN,** pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), the defendant's interests in any property, real or personal, involved in the violations set forth in Count's One through Twelve of said Information and/or any property traceable to such property;

AND WHEREAS, on or about September 13, 2007, the defendant, **ANNA SHAULOVA CZERWIEN,** pled guilty to Counts One through Twelve of the Information pursuant to a plea and cooperation agreement outlining such forfeiture;

FILED IN OPEN COURT THIS
12/19/07
CLERK, U. S. DISTRICT
COURT, NORTH DIST. FLA.

AND WHEREAS, by virtue of said plea agreement, the United States is now entitled to entry of an Order and Judgment of Forfeiture against all of defendant's interest in said property, pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), and Rule 32(d)(2) and 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

**IT IS HEREBY ORDERED:**

1. That all of defendant's rights and interest in the property described below is hereby forfeited to and vested in the United States of America.

2. That property which is subject to forfeiture in this Order is as follows:

3. A forfeiture money judgment in the amount of **one million dollars ($1,000,000.00),** joint and severally with co-conspirators, **ALEKSANDER V. BERMAN, JUSTIN ERIC KING, and VYACHESLAVE ADOL'FOVICK FINKEL,** shall be included in the sentence of the defendant, in addition to the forfeitures entered in the First and Second Preliminary Orders of Forfeiture which have been entered by this Court, and the United States Department of Justice may take steps to collect the judgment from any property of the defendant, in accordance with the substitute asset provisions of Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6). However, the government agrees it will not seek forfeiture of her interest in 1887 Shalimar Drive Northeast, Atlanta, Georgia, directly or as a substitute asset.

5. Upon the seizure of any property to satisfy all or part of the judgment, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this



forfeiture as required by law;

6. That a Consent Order and Judgment of Forfeiture is hereby entered in favor of the United States against defendant, **ANNA SHAULOVA CZERWIEN,** pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure.

TIFFANY H. EGGERS
Assistant United States Attorney

ANNA SHAULOVA CZERWIEN
Defendant

EDWARD T.M. GARLAND, ESQ.
Attorney for Defendant

IT IS SO ORDERED this __ day of 12/19 , 2007

LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE

3