**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**
       **Plaintiff,**

vs.                                           Case No. 3:07cr106/LAC

**ANNA SHAULOVA CZERWIEN,**
 a/k/a **Anna Czerwein,**
 a/k/a **Anna Czerwin,**
 a/k/a **Anna Shaulova,**
 a/k/a **Aykhali Shaulova,**
       **Defendant.**
_____

**FINAL ORDER OF FORFEITURE AS
TO ALL PERSONS AND ENTITIES**

WHEREAS, on December 19, 2007, this Court entered a Preliminary Order of Forfeiture (Doc.29)**,** pursuant to the provisions of Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), based upon the defendant's guilty plea to Counts One through Twelve of the Information in this action, and her consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition on www.forfeiture.gov of the intent of the United States to dispose of the property in accordance with Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6), and further notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

AND WHEREAS, no claims or petitions have been filed for the property described in this Court's Preliminary Order of Forfeiture as to **ANNA SHAULOVA CZERWIEN,** entered December 19, 2007, and the time for filing petitions expired on

December 29, 2008, sixty (60) days after the first publication on October 30, 2008, pursuant to Title 8, United States Code, Section 1324(b), and Title 18, United States Code, Section 982(a)(6). Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. That the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America.

2. Property subject to forfeiture in this Order is as follows:

> **2001 BMW 325CI, bearing Vehicle Identification Number WBABN334X1JW57259, registered to Anna Czerwien; and**
>
> **1999 Ford Econoline E250, bearing Vehicle Identification Number 1FTNS24L4XC09169, registered to Eurohouse Holding, Inc., 65 Paginet Way, Destin, Florida 32550**

3. That no person or entity has established that they have any legal right, title or interest in said real property forfeited to the United States of America by Order entered on December 19, 2007, and said forfeiture is now final.

5. That the United States Marshal shall dispose of said real property in accordance with law.

IT IS SO ORDERED this 9th day of January, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE