NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V                                                                                           Crim. No. 3:07CR106-001

Anna Shaulova Czerwien  
a/k/a Anna Czerwein, a/k/a Anna Czerwin,  
a/k/a Anna Shaulova, a/k/a Aykhali Shaulova

On June 12, 2009, the above named was placed on Supervised Release for a period of three (3) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Anna Shaulova Czerwien be discharged from Supervised Release.

Respectfully submitted,

*[signature]*

Larry J. Gibbs  
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this **26** day of **SepT**, 2011.

*[signature]*

The Honorable Lacey A. Collier  
Senior United States District Judge